IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

EVERLINE CORNEY,  :

    Plaintiff,  :

                                      Case No. 3:14cv00126

                :

vs.  :        District Judge Walter Herbert Rice
                                      Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Acting Commissioner of the Social  :
Security Administration,

                :

    Defendant.

                :

## DECISION AND ENTRY

    The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

1.     The Report and Recommendations filed on May 13, 2015 (Doc. #11) is ADOPTED in full;

2.     The Commissioner's non-disability decision dated September 28, 2012 is VACATED;

3. Plaintiff Everline Corney's application for Supplemental Security Income filed on August 20, 2009 is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for payment of benefits consistent with this Decision and Entry, the Report and Recommendations, and the Social Security Act; and

4. The case is terminated on the docket of this Court.

                                                                       _____
                                                                       Walter Herbert Rice
                                                                       United States District Judge